UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS M. MOORE,

    Plaintiff,

v.

Case No. 13-11789

HON. DENISE PAGE HOOD

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

## **JUDGMENT**

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered in favor of all Defendants and against Plaintiff.

DAVID J. WEAVER
CLERK OF COURT

Approved:

By: s/LaShawn R. Saulsbery
    Deputy Clerk

 s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 27, 2014

Detroit, Michigan